# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James Hampton Evans,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv231/3:99cr175

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/25/2010 Order.

Signed: May 25, 2010

Frank G. Johns, Clerk
United States District Court